No. 44621.—Protests 983596–G, etc., of Dodge & Olcott Co. (New York).

Opinion by Evans, J.   It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A.—, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

No. 44622.—Protests 998672–G, etc., of Frank Tea & Spice Co. et al. (New York).

Opinion by Evans, J.   It was stipulated that the merchandise consists of ginger root the same as that the subject of *Wilson* v. *United States* (28 C. C. P. A.—, C. A. D. 126).   The claim for free entry under paragraph 1768 was therefore sustained.

Before the First Division, October 28, 1940

No. 44623.—Protest 500444–G of Feltex Corp. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protest was therefore sustained.

No. 44624.—Protests 571131–G, etc., of John I. Hart Corp. et al. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44625.—Protests 589361–G, etc., of Feltex Corp. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.

No. 44626.—Protests 730147–G, etc., of Feltex Corp. (New York).

Opinion by Brown, J.   It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314).   The protests were therefore sustained.